**James Albert JOHNSON, Appellant,**

v.

**Harry C. TINSLEY, Warden, Colorado State Penitentiary, Appellee.**

**No. 7795.**

United States Court of Appeals
Tenth Circuit.

Oct. 22, 1964.

Richard J. Beacom, Westminster, Colo., for appellant.

Duke W. Dunbar, Atty. Gen., Frank E. Hickey, Deputy Atty. Gen., and John E. Bush, Asst. Atty. Gen., for appellee.

Before MURRAH, Chief Judge, and HILL and SETH, Circuit Judges.

PER CURIAM.

The judgment of the trial court, denying the writ of habeas corpus, is affirmed for the reasons so ably expressed by the opinion of that court reported in 234 F. Supp. 866.

**Milton J. HARRIS, Appellant.**

v.

**UNITED STATES of America, Appellee.**

**No. 21324.**

United States Court of Appeals
Fifth Circuit.

Nov. 9, 1964.

M. H. Rosenhouse, Miami, Fla., for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Dept. of Justice, Washington, D. C., William A. Meadows, Jr., U. S. Atty., Miami, Fla., J. Edward Shil-lingburg, Dept. of Justice, Washington, D. C., for appellee.

Before TUTTLE, Chief Judge, and JONES and GEWIN, Circuit Judges.

PER CURIAM.

The facts from which this controversy arose, and the principles applied by the district court in reaching its conclusion, are set forth in its opinion. United States v. Harris, 223 F.Supp. 309. We agree with the conclusion and are in accord with the principles announced in the opinion. The judgment of the district court is

Affirmed.